UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:09-CR-290

v.                                           Hon. Janet T. Neff

JAMES LEE McCULLER,

        Defendant.
_____/

**ORDER DENYING MOTION FOR PRETRIAL RELEASE**

Pending before the court is Defendant's Motion for Pretrial Release (docket no. 131).  For the reasons more fully stated on the record at the hearing held on the motion this date, the motion is **DENIED.**

        **IT IS SO ORDERED.**

Dated:  January 20, 2010                      /s/ Hugh W. Brenneman, Jr.
                                                      HUGH W. BRENNEMAN, JR.
                                                        United States Magistrate Judge